**Order issued March 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00600-CR

**ROBERT FRANKLIN THOMAS, Appellant**

## V.

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Bridges, Fillmore, and Brown

Based on the Court's opinion of this date, we **GRANT** the August 29, 2014 motion of Niles Illich for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Niles Illich as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Robert Franklin Thomas, TDCJ No. 1923831, Hutchins State Jail, 1500 East Langdon Road, Dallas, Texas, 75241.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE